IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KATHERINE T. BRUSUELAS,
DANNY GARCIA,

      Plaintiffs,

vs.                                              No. 1:10-CV-00879 JP/ACT

DANIEL RAMIREZ,
CON-WAY TRUCKLOAD, INC.,
and LOCKTON COMPANIES,

      Defendants.

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties in this matter have settled and resolved all disputes herein to their mutual satisfaction and wish for the litigation to be dismissed. The Court having considered the Stipulation of the parties and being otherwise fully advised in the premises, FINDS that the Stipulation is well taken and should be adopted as the Order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' Complaint and any and all claims set forth therein are hereby dismissed with prejudice. All parties shall bear their own fees and costs.

_____
SENIOR UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

/s/ *Paul T. Yarbrough*
Paul T. Yarbrough
Attorney for Defendants

/s/ *August Jonas Rane*
August Jonas Rane
Kimberly S. Brusuelas
Attorneys for Plaintiffs